Nancy A. Mismash, 6615
ROBERT J. DEBRY & ASSOCIATES
4252 South 700 East
Salt Lake City, Utah  84107
Telephone:     801/262-8915
Facsimile:      801/262-8995
E-mail:    nmismash@robertdebry.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CELEBREX PRODUCTS LIABILITY LITIGATION | MDL No. 1699 |
| | Docket No. C07-0628 -CRB. |
| This documents Relates To: *Randall Iverson v. Pfizer, Inc.* | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Randall Iverson and Defendant Pfizer, Inc. ("Pfizer"), by and through their attorneys of records, pursuant to Rule 41 (a), Federal Rules of Civil Procedure, and hereby stipulate to dismissal with prejudice of Plaintiff's , Randall Iverson's action only, with each side bearing its own attorney's fees and costs.

1

Respectfully Submitted by:

DATED: 3/17, 2009.

Nancy A. Mismash
ROBERT J. DEBRY & ASSOCIATES
4252 South 700 East
Salt Lake City, UT 84107
Telephone: (801) 262-8915
Facsimile: (801) 262-8995
Email: nmismash@robertdebry.com

Attorneys for Plaintiff Randall Iverson

DATED: 3/17, 2009.

Stuart M. Gordon
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Attorneys for Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTHIN IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

this 20th day of April, 2009.

UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

2